FILED

JAN 2 2 2015

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| CHERRON MARIE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | | |
| | | Case: 1:15-cv-00109 |
| v. | | Assigned To : Unassigned |
| | | Assign. Date : 1/22/2015 |
| ERIC HOLDER, *et al.*, | | Description: Pro Se Gen. Civil |
| | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis*

and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

According to the plaintiff, she "is imprisoned without authority and in violation of civil

rights promised by the United States . . . ." Compl. at 2. In the guise of a civil rights action

under *Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), the

plaintiff challenges her criminal conviction and sentence and demands an award of monetary

damages.

"[A] criminal defendant may not recover damages under 42 U.S.C. § 1983 for 'harm

caused by actions whose unlawfulness would render [her] conviction or sentence invalid' unless

'the conviction or sentence has been reversed on direct appeal, expunged by executive order,

declared invalid by a state tribunal authorized to make such determination, or called into

question by a federal court's issuance of a writ of habeas corpus.'" *Williams v. Hill*, 74 F.3d

1339, 1340 (D.C. Cir. 1996) (citing *Heck v. Humphrey,* 512 U.S. 477, 487 (1994)).  "The

rationale of *Heck* applies equally to claims against federal officials in *Bivens* actions."  *Id.*

The plaintiff makes no such showing.  She does not demonstrate that her conviction or sentence

already has been reversed, expunged or invalidated, or that a federal court already has granted

her petition for a writ of habeas corpus.  This action for damages therefore must be dismissed.

An Order accompanies this Memorandum Opinion.

DATE: *January 16, 2015*                         _____
                                                         United States District Judge